# Exhibit A

00398360.1

**IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY PENNSYLVANIA CIVIL ACTION – LAW**

Filed and Attested by the Office of Judicial Records 09 JUL 2026 03:20 pm S. GILLIAM

|  |  |  |
|---|---|---|
| DAVID LOPEZ AND | : | DOCKET NO.: 260403483 |
| AUDREY LOPEZ, H/W | : | |
|  | : | |
| PLAINTIFFS | : | |
|  | : | |
| vs. | : | |
|  | : | |
| AVIS-BUDGET GROUP, et al. | : | JURY TRIAL DEMANDED |
|  | : | |
| DEFENDANTS | : | |

## NOTICE

YOU HAVE BEEN SUED IN COURT.  If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you.  You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff.  You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE.  IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER. IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

**Philadelphia Legal Assistance**
**718 Arch St #300n**
**Philadelphia, PA 19106**
**215-981-3800**

**IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY,
PENNSYLVANIA
CIVIL ACTION – LAW**

|  |  |
|---|---|
| DAVID LOPEZ AND <br> AUDREY LOPEZ, H/W <br> 1052 8th Street <br> Whitehall, PA 18052 | DOCKET NO.: 260403483 |
| **PLAINTIFFS** | |
| vs. | |
| AVIS-BUDGET GROUP <br> 379 Interpace Parkway <br> Parsippany, New Jersey 07054 | JURY TRIAL DEMANDED |
| and | |
| AVIS BUDGET CAR RENTAL PLLC <br> 379 Interpace Parkway <br> Parsippany, New Jersey 07054 | |
| and | |
| AVIS BUDGET DE PUERTO RICO <br> Luiz Munoz Marin Intl Airport <br> Carolina, 00979, Puerto Rico | |
| and | |
| AVIS BUDGET GROUP, INC. <br> 379 Interpace Parkway <br> Parsippany, New Jersey 07054 | |
| and | |
| AVIS CAR RENT A SYSTEM, LLC <br> 379 Interpace Parkway <br> Parsippany, New Jersey 07054 | |
| and | |
| BUDGET RENT A CAR <br> 379 Interpace Parkway <br> Parsippany, New Jersey 07054 | |

Case ID: 260403483

and                                                                       :
                                                                          :
BUDGET RENT A CAR SYSTEMS, INC.                                           :
1515 Market Street                                                        :
Philadelphia, PA 19102                                                    :
                                                                          :
          and                                                             :
                                                                          :
AVIS BUDGET CAR RENTAL, LLC                                               :
379 Interpace Parkway                                                     :
Parsippany, New Jersey 07054                                              :
                                                                          :
          and                                                             :
                                                                          :
AVIS BUDGET HOLDINGS, LLC                                                 :
379 Interpace Parkway                                                     :
Parsippany, New Jersey 07054                                              :
                                                                          :
          and                                                             :
                                                                          :
AVIS RENT A CAR SYSTEM, INC.                                              :
379 Interpace Parkway                                                     :
Parsippany, New Jersey 07054                                              :
                                                                          :
          and                                                             :
                                                                          :
AVIS CAR RENTAL                                                           :
1 Arrivals Road                                                           :
Philadelphia, PA 19153                                                    :
                                                                          :
          DEFENDANTS                                                      :

## **COMPLAINT**

AND NOW, come Plaintiffs, David Lopez and Audrey Lopez, H/W, by and through their

attorneys, Fanelli, Evans & Patel, P.C., and file the within Complaint against Defendants, Avis-

Budget Group, Avis Budget Car Rental PLLC, Avis Budget De Puerto Rico, Avis Budget Group,

Inc., Avis Car Rent A System, LLC, Avis Budget Car Rental, LLC, Avis Budget Holdings, LLC,

Avis Rent A Car System, Inc., and Avis Car Rental (hereinafter the "Avis Defendants"), and

Budget Rent A Car and Budget Rent A Car Systems, Inc. (hereinafter the "Budget Defendants"),

and in support thereof aver as follows:

## THE PARTIES

1.      The Plaintiffs, David and Audrey Lopez, H/W, are adult individuals residing at 1052 8th Street, Whitehall, PA 18052.

2.      Defendant, Avis-Budget Group, is an entity existing under the laws of New Jersey, with a registered address and principal place of business of 379 Interpace Parkway, Parsippany, New Jersey 07054.

3.      Defendant, Avis Budget Car Rental PLLC, is a limited liability company organized and existing under the laws of a foreign state with its principal place of business located at 379 Interpace Parkway, Parsippany, New Jersey 07054.

4.      Defendant, Avis Budget de Puerto Rico, is an entity authorized to conduct rental vehicle operations in Puerto Rico with a principal place of business located at Luis Munoz Marin International Airport, Carolina, Puerto Rico 00979.

5.      Defendant, Avis Budget Group, Inc., is a corporation organized and existing under the laws of New Jersey with its principal place of business located at 379 Interpace Parkway, Parsippany, New Jersey 07054.

6.      Defendant, Avis Car Rent a System, LLC, is a limited liability company organized and existing under the laws of New Jersey with its principal place of business located at 379 Interpace Parkway, Parsippany, New Jersey 07054.

7.      Defendant, Budget Rent a Car, is an entity organized and existing under the laws of a foreign state with its principal place of business located at 379 Interpace Parkway, Parsippany, New Jersey 07054.

8.     Defendant, Budget Rent a Car Systems, Inc., is a corporation organized and existing under the laws of Pennsylvania with an address located at 1515 Market Street, Philadelphia, Pennsylvania 19102.

9.     Defendant, Avis Budget Car Rental, LLC, is a limited liability company organized and existing under the laws of New Jersey with its principal place of business located at 379 Interpace Parkway, Parsippany, New Jersey 07054.

10.     Defendant, Avis Budget Holdings, LLC, is a limited liability company organized and existing under the laws of New Jersey with its principal place of business located at 379 Interpace Parkway, Parsippany, New Jersey 07054.

11.     Defendant, Avis Rent a Car System, Inc., is a corporation organized and existing under the laws of New Jersey with its principal place of business located at 379 Interpace Parkway, Parsippany, New Jersey 07054.

12.     Defendant, Avis Car Rental, is an entity conducting rental vehicle business at 1 Arrivals Road, Philadelphia, Pennsylvania 19153.

13.     At all times relevant hereto, one or more Defendants owned, leased, rented, maintained, inspected, serviced, repaired, managed, controlled, possessed, entrusted, and/or were otherwise responsible for the 2024 Ford Bronco Sport bearing Puerto Rico registration KGY-122 that is the subject of this action.

14.     At all times relevant hereto, the Defendants, individually and/or through their agents, servants, employees, subsidiaries, parent corporations, affiliated entities, contractors, and representatives, participated in the ownership, rental, inspection, maintenance, repair, servicing, storage, control, and operation of the subject vehicle.

Case ID: 260403483

**JURISDICTION AND VENUE**

15.    Venue in Philadelphia County Pennsylvania is proper because one or more Defendants have a principle place of business, registered address, were served in or conduct business in Philadelphia County.

**THE APRIL 23, 2025 CRASH**

16.    On or about April 23, 2025, Plaintiff, David Lopez was operating a 2024 forest green Ford Bronco bearing Puerto Rico registration number KGY-122, which had been rented through Defendants under reservation confirmation number 21967657US5 for the period of April 23, 2025 through April 27, 2025.

17.    At all times relevant hereto, the subject vehicle was owned, leased, rented, maintained, serviced, inspected, controlled, possessed, and/or entrusted by one or more of the Defendants.

18.    On April 23, 2025, David Lopez was operating the subject vehicle. Audrey Lopez was seated in the front passenger seat, John Anthony was seated in the rear seat behind the driver, and Cynthia Anthony was seated in the rear seat behind the front passenger seat.

19.    On the aforementioned date at approximately 8:16 p.m., the occupants were exiting the Galeria Paseo Portuario parking facility located on Calle Recinto Sur in Old San Juan, Puerto Rico, in the area of the Doña Fela parking lot and Mojito Bar and Grill.

20.    As the vehicle proceeded down the exit ramp of the parking facility, the braking system failed to engage despite Mr. Lopez's efforts to apply the brakes and stop the vehicle.

21.    As a result of the brake failure, the subject vehicle moved forward uncontrollably, struck the parking facility security arm, exited the parking facility, and continued into the adjacent pedestrian area.

22.    The subject vehicle continued traveling down the exit ramp and struck a pillar, causing the pillar to strike a nearby pedestrian and resulting in injuries and damages to multiple individuals, including Plaintiffs David Lopez and Audrey Lopez.

23.    The Puerto Rico Police Department investigated the incident and documented that the driver reported a mechanical brake failure which caused him to lose control of the vehicle.

24.    Upon information and belief, the brake failure and resulting loss of control were caused by defects in the subject vehicle and/or the negligent inspection, maintenance, repair, servicing, rental, entrustment, management, possession, control, and operation of the subject vehicle by one or more Defendants.

25.    As a direct and proximate result of the crash, Plaintiffs David Lopez and Audrey Lopez sustained bodily injuries, pain and suffering, emotional distress, economic losses, medical expenses, inconvenience, loss of life's pleasures, and other damages, some or all of which may be permanent in nature.

26.    As a direct and proximate result of the crash, Plaintiff, David Lopez, was transported via ambulance for medical evaluation and sustained serious and permanent injuries, including but not limited to contusions, discomfort, pain, injuries to both knees, inconvenience, emotional distress, mental health injuries and other damages, the full nature and extent of which may be continuing and permanent.

27.    As a direct and proximate result of the aforesaid occurrence, Plaintiff, Audrey Lopez, sustained serious injuries, including but not limited to an acute comminuted, displaced, and medially impacted proximal right humerus intra-articular fracture with suspected intra-articular extension and hemarthrosis; right shoulder pain, swelling, ecchymosis, and restricted

Case ID: 260403483

range of motion; left wrist pain; visual disturbances, including floaters; mental health injuries and other injuries, the full nature and extent of which may be continuing and permanent.

28.    As a further direct and proximate result of the aforesaid occurrence, Plaintiff, David Lopez, has suffered and continues to suffer physical pain, mental anguish, embarrassment, inconvenience, loss of life's pleasures, loss of enjoyment of life, and a diminished ability to perform the duties and responsibilities associated with his employment.

29.    As a further direct and proximate result of the aforesaid occurrence, Plaintiff, Audrey Lopez, has suffered and continues to suffer physical pain, mental anguish, embarrassment, inconvenience, loss of life's pleasures, loss of enjoyment of life, and a diminished capacity to perform her customary daily activities and household responsibilities.

30.    Plaintiffs continue to undergo medical care and treatment and may require additional medical treatment, care, rehabilitation, and services in the future as a result of the injuries sustained in the aforementioned crash.

## COUNT I
## PLAINTIFFS, DAVID LOPEZ AND AUDREY LOPEZ
### V.
## DEFENDANT, AVIS-BUDGET GROUP
## NEGLIGENCE

31.    Plaintiffs incorporate paragraphs 1 through 30 as though fully set forth at length.

32.    On April 23, 2025, there existed a dangerous and defective condition in the subject 2024 Ford Bronco Sport in the form of a defective, malfunctioning, and/or improperly maintained braking system.

33.    Upon information and belief, Defendant, Avis-Budget Group, by and through its agents, servants, employees, contractors, subsidiaries, and affiliated entities, had a duty to

Case ID: 260403483

inspect, maintain, repair, service, monitor, rent, lease, entrust, supervise, and control the subject vehicle and to ensure that it was safe for its intended use by customers and occupants.

34.    At the aforesaid time and place, Defendant, Avis-Budget Group, by and through its agents, servants, employees, contractors, subsidiaries, and affiliated entities, disregarded said duty and failed to correct, repair, discover, warn of, or otherwise remedy the dangerous and defective condition, thereby rendering the subject vehicle unsafe for operation.

35.    At the aforesaid time and place, Defendant, Avis-Budget Group, by and through its agents, servants, employees, contractors, subsidiaries, and affiliated entities breached its duties in one or more of the following respects:

    a.  failing to properly inspect the subject vehicle prior to renting and/or placing it into service;

    b.  failing to properly maintain the subject vehicle in a safe operating condition;

    c.   failing to properly service the braking system of the subject vehicle;

    d.  failing to properly repair known or discoverable defects in the braking system;

    e.  failing to conduct adequate inspections and maintenance necessary to discover the dangerous and defective condition;

    f.  failing to implement and follow appropriate maintenance and inspection procedures;

    g.  failing to maintain adequate maintenance, inspection, and repair records concerning the subject vehicle;

    h.  failing to remove the subject vehicle from service despite the existence of a dangerous and defective condition;

Case ID: 260403483

i.   failing to properly test the braking system prior to renting the vehicle to customers;

j.   failing to warn renters, drivers, passengers, and occupants of the dangerous and defective condition of the vehicle;

k.   renting and/or entrusting the subject vehicle despite actual or constructive knowledge of the dangerous and defective condition;

l.   failing to establish and enforce reasonable policies and procedures regarding vehicle inspection, maintenance, servicing, repair, and safety;

m.   failing to exercise reasonable care under the circumstances.

36.   The aforesaid negligent acts and omissions were committed by Defendant, Avis-Budget Group, and/or its agents, servants, employees, contractors, maintenance personnel, and representatives acting within the course and scope of their employment, agency, or authority.

37.   As a direct result of Defendant, Avis-Budget Group's carelessness and negligence, Plaintiffs, David Lopez and Audrey Lopez, suffered severe and permanent injuries.

38.   As a direct result of the carelessness and negligence of Defendant, Avis-Budget Group, Plaintiffs, David Lopez and Audrey Lopez have endured physical pain and suffering that will continue into the future.

39.   As a direct result of the carelessness and negligence of Defendant, Avis-Budget Group, Plaintiffs, David Lopez and Audrey Lopez have endured mental distress and suffering that will continue into the future.

40.   As a direct result of the carelessness and negligence of Defendant, Avis-Budget Group, Plaintiffs, David Lopez and Audrey Lopez have experienced a loss of life's pleasures, embarrassment, frustration, and humiliation that will continue into the future.

Case ID: 260403483

41.    As a direct result of the carelessness and negligence of Defendant, Avis-Budget Group, Plaintiffs, David Lopez and Audrey Lopez have incurred medical expenses and will continue to incur medical expenses into the future.

42.    As a direct result of the carelessness and negligence of Defendant, Avis-Budget Group, Plaintiffs, David Lopez and Audrey Lopez have experienced wage loss and/or loss of earning capacity that will continue into the future.

WHEREFORE, Plaintiffs, David Lopez and Audrey Lopez, demand judgment in their favor and against Defendant, Avis-Budget Group, in an amount in excess of the arbitration limits of this Court, together with delay damages, interest, costs, and such other relief as this Honorable Court deems just and proper.

## COUNT II
### PLAINTIFFS, DAVID LOPEZ AND AUDREY LOPEZ
### V.
### DEFENDANT, AVIS BUDGET CAR RENTAL PLLC
### NEGLIGENCE

43.    Plaintiffs incorporate paragraphs 1 through 42 as though fully set forth at length.

44.    On April 23, 2025, there existed a dangerous and defective condition in the subject 2024 Ford Bronco Sport in the form of a defective, malfunctioning, and/or improperly maintained braking system.

45.    Upon information and belief, Defendant, Avis Budget Car Rental PLLC, by and through its agents, servants, employees, contractors, subsidiaries, and affiliated entities, had a duty to inspect, maintain, repair, service, monitor, rent, lease, entrust, supervise, and control the subject vehicle and to ensure that it was safe for its intended use by customers and occupants.

46.    At the aforesaid time and place, Defendant, Avis Budget Car Rental PLLC, by and through its agents, servants, employees, contractors, subsidiaries, and affiliated entities, disregarded said duty and failed to correct, repair, discover, warn of, or otherwise remedy the dangerous and defective condition, thereby rendering the subject vehicle unsafe for operation.

47.    At the aforesaid time and place, Defendant, Avis Budget Car Rental PLLC, by and through its agents, servants, employees, contractors, subsidiaries, and affiliated entities breached its duties in one or more of the following respects:

a. failing to properly inspect the subject vehicle prior to renting and/or placing it into service;

b. failing to properly maintain the subject vehicle in a safe operating condition;

c.  failing to properly service the braking system of the subject vehicle;

d. failing to properly repair known or discoverable defects in the braking system;

e. failing to conduct adequate inspections and maintenance necessary to discover the dangerous and defective condition;

f. failing to implement and follow appropriate maintenance and inspection procedures;

g. failing to maintain adequate maintenance, inspection, and repair records concerning the subject vehicle;

h. failing to remove the subject vehicle from service despite the existence of a dangerous and defective condition;

i. failing to properly test the braking system prior to renting the vehicle to customers;

j. failing to warn renters, drivers, passengers, and occupants of the dangerous and defective condition of the vehicle;

k. renting and/or entrusting the subject vehicle despite actual or constructive knowledge of the dangerous and defective condition;

l. failing to establish and enforce reasonable policies and procedures regarding vehicle inspection, maintenance, servicing, repair, and safety;

m. failing to exercise reasonable care under the circumstances.

48. The aforesaid negligent acts and omissions were committed by Defendant, Avis Budget Car Rental PLLC, and/or its agents, servants, employees, contractors, maintenance personnel, and representatives acting within the course and scope of their employment, agency, or authority.

49. As a direct result of Defendant, Avis Budget Car Rental PLLC's carelessness and negligence, Plaintiffs, David Lopez and Audrey Lopez, suffered severe and permanent injuries.

50. As a direct result of the carelessness and negligence of Defendant, Avis Budget Car Rental PLLC, Plaintiffs, David Lopez and Audrey Lopez have endured physical pain and suffering that will continue into the future.

51. As a direct result of the carelessness and negligence of Defendant, Avis Budget Car Rental PLLC, Plaintiffs, David Lopez and Audrey Lopez have endured mental distress and suffering that will continue into the future.

52. As a direct result of the carelessness and negligence of Defendant, Avis Budget Car Rental PLLC, Plaintiffs, David Lopez and Audrey Lopez have experienced a loss of life's pleasures, embarrassment, frustration, and humiliation that will continue into the future.

Case ID: 260403483

53.    As a direct result of the carelessness and negligence of Defendant, Avis Budget Car Rental PLLC, Plaintiffs, David Lopez and Audrey Lopez have incurred medical expenses and will continue to incur medical expenses into the future.

54.    As a direct result of the carelessness and negligence of Defendant, Avis Budget Car Rental PLLC, Plaintiffs, David Lopez and Audrey Lopez have experienced wage loss and/or loss of earning capacity that will continue into the future.

WHEREFORE, Plaintiffs, David Lopez and Audrey Lopez, demand judgment in their favor and against Defendant, Avis Budget Car Rental PLLC, in an amount in excess of the arbitration limits of this Court, together with delay damages, interest, costs, and such other relief as this Honorable Court deems just and proper.

## COUNT III
## PLAINTIFFS, DAVID LOPEZ AND AUDREY LOPEZ
## V.
## DEFENDANT, AVIS BUDGET DE PUERTO RICO
## NEGLIGENCE

55.    Plaintiffs incorporate paragraphs 1 through 54 as though fully set forth at length.

56.    On April 23, 2025, there existed a dangerous and defective condition in the subject 2024 Ford Bronco Sport in the form of a defective, malfunctioning, and/or improperly maintained braking system.

57.    Upon information and belief, Defendant, Avis Budget de Puerto Rico, by and through its agents, servants, employees, contractors, subsidiaries, and affiliated entities, had a duty to inspect, maintain, repair, service, monitor, rent, lease, entrust, supervise, and control the subject vehicle and to ensure that it was safe for its intended use by customers and occupants.

Case ID: 260403483

58.     At the aforesaid time and place, Defendant, Avis Budget de Puerto Rico, by and through its agents, servants, employees, contractors, subsidiaries, and affiliated entities, disregarded said duty and failed to correct, repair, discover, warn of, or otherwise remedy the dangerous and defective condition, thereby rendering the subject vehicle unsafe for operation.

59.     At the aforesaid time and place, Defendant, Avis Budget de Puerto Rico, by and through its agents, servants, employees, contractors, subsidiaries, and affiliated entities breached its duties in one or more of the following respects:

    a.  failing to properly inspect the subject vehicle prior to renting and/or placing it into service;

    b.  failing to properly maintain the subject vehicle in a safe operating condition;

    c.  failing to properly service the braking system of the subject vehicle;

    d.  failing to properly repair known or discoverable defects in the braking system;

    e.  failing to conduct adequate inspections and maintenance necessary to discover the dangerous and defective condition;

    f.  failing to implement and follow appropriate maintenance and inspection procedures;

    g.  failing to maintain adequate maintenance, inspection, and repair records concerning the subject vehicle;

    h.  failing to remove the subject vehicle from service despite the existence of a dangerous and defective condition;

    i.  failing to properly test the braking system prior to renting the vehicle to customers;

Case ID: 260403483

j.  failing to warn renters, drivers, passengers, and occupants of the dangerous and defective condition of the vehicle;

k.  renting and/or entrusting the subject vehicle despite actual or constructive knowledge of the dangerous and defective condition;

l.  failing to establish and enforce reasonable policies and procedures regarding vehicle inspection, maintenance, servicing, repair, and safety;

m.  failing to exercise reasonable care under the circumstances.

60.    The aforesaid negligent acts and omissions were committed by Defendant, Avis Budget de Puerto Rico, and/or its agents, servants, employees, contractors, maintenance personnel, and representatives acting within the course and scope of their employment, agency, or authority.

61.    As a direct result of Defendant, Avis Budget de Puerto Rico's carelessness and negligence, Plaintiffs, David Lopez and Audrey Lopez, suffered severe and permanent injuries.

62.    As a direct result of the carelessness and negligence of Defendant, Avis Budget de Puerto Rico, Plaintiffs, David Lopez and Audrey Lopez have endured physical pain and suffering that will continue into the future.

63.    As a direct result of the carelessness and negligence of Defendant, Avis Budget de Puerto Rico, Plaintiffs, David Lopez and Audrey Lopez have endured mental distress and suffering that will continue into the future.

64.    As a direct result of the carelessness and negligence of Defendant, Avis Budget de Puerto Rico, Plaintiffs, David Lopez and Audrey Lopez have experienced a loss of life's pleasures, embarrassment, frustration, and humiliation that will continue into the future.

Case ID: 260403483

65.    As a direct result of the carelessness and negligence of Defendant, Avis Budget de Puerto Rico, Plaintiffs, David Lopez and Audrey Lopez have incurred medical expenses and will continue to incur medical expenses into the future.

66.    As a direct result of the carelessness and negligence of Defendant, Avis Budget de Puerto Rico, Plaintiffs, David Lopez and Audrey Lopez have experienced wage loss and/or loss of earning capacity that will continue into the future.

WHEREFORE, Plaintiffs, David Lopez and Audrey Lopez, demand judgment in their favor and against Defendant, Avis Budget de Puerto Rico, in an amount in excess of the arbitration limits of this Court, together with delay damages, interest, costs, and such other relief as this Honorable Court deems just and proper.

## COUNT IV
## PLAINTIFFS, DAVID LOPEZ AND AUDREY LOPEZ
## V.
## DEFENDANT, AVIS BUDGET GROUP, INC.
## NEGLIGENCE

67.    Plaintiffs incorporate paragraphs 1 through 66 as though fully set forth at length.

68.    On April 23, 2025, there existed a dangerous and defective condition in the subject 2024 Ford Bronco Sport in the form of a defective, malfunctioning, and/or improperly maintained braking system.

69.    Upon information and belief, Defendant, Avis Budget Group, Inc., by and through its agents, servants, employees, contractors, subsidiaries, and affiliated entities, had a duty to inspect, maintain, repair, service, monitor, rent, lease, entrust, supervise, and control the subject vehicle and to ensure that it was safe for its intended use by customers and occupants.

Case ID: 260403483

70.     At the aforesaid time and place, Defendant, Avis Budget Group, Inc., by and through its agents, servants, employees, contractors, subsidiaries, and affiliated entities, disregarded said duty and failed to correct, repair, discover, warn of, or otherwise remedy the dangerous and defective condition, thereby rendering the subject vehicle unsafe for operation.

71.     At the aforesaid time and place, Defendant, Avis Budget Group, Inc., by and through its agents, servants, employees, contractors, subsidiaries, and affiliated entities breached its duties in one or more of the following respects:

    a.  failing to properly inspect the subject vehicle prior to renting and/or placing it into service;

    b.  failing to properly maintain the subject vehicle in a safe operating condition;

    c.   failing to properly service the braking system of the subject vehicle;

    d.  failing to properly repair known or discoverable defects in the braking system;

    e.  failing to conduct adequate inspections and maintenance necessary to discover the dangerous and defective condition;

    f.  failing to implement and follow appropriate maintenance and inspection procedures;

    g.  failing to maintain adequate maintenance, inspection, and repair records concerning the subject vehicle;

    h.  failing to remove the subject vehicle from service despite the existence of a dangerous and defective condition;

    i.  failing to properly test the braking system prior to renting the vehicle to customers;

Case ID: 260403483

j.  failing to warn renters, drivers, passengers, and occupants of the dangerous and defective condition of the vehicle;

k.  renting and/or entrusting the subject vehicle despite actual or constructive knowledge of the dangerous and defective condition;

l.  failing to establish and enforce reasonable policies and procedures regarding vehicle inspection, maintenance, servicing, repair, and safety;

m.  failing to exercise reasonable care under the circumstances.

72.    The aforesaid negligent acts and omissions were committed by Defendant, Avis Budget Group, Inc., and/or its agents, servants, employees, contractors, maintenance personnel, and representatives acting within the course and scope of their employment, agency, or authority.

73.    As a direct result of Defendant, Avis Budget Group, Inc.'s carelessness and negligence, Plaintiffs, David Lopez and Audrey Lopez, suffered severe and permanent injuries.

74.    As a direct result of the carelessness and negligence of Defendant, Avis Budget Group, Inc., Plaintiffs, David Lopez and Audrey Lopez have endured physical pain and suffering that will continue into the future.

75.    As a direct result of the carelessness and negligence of Defendant, Avis Budget Group, Inc., Plaintiffs, David Lopez and Audrey Lopez have endured mental distress and suffering that will continue into the future.

76.    As a direct result of the carelessness and negligence of Defendant, Avis Budget Group, Inc., Plaintiffs, David Lopez and Audrey Lopez have experienced a loss of life's pleasures, embarrassment, frustration, and humiliation that will continue into the future.

Case ID: 260403483

77.     As a direct result of the carelessness and negligence of Defendant, Avis Budget Group, Inc., Plaintiffs, David Lopez and Audrey Lopez have incurred medical expenses and will continue to incur medical expenses into the future.

78.     As a direct result of the carelessness and negligence of Defendant, Avis Budget Group, Inc., Plaintiffs, David Lopez and Audrey Lopez have experienced wage loss and/or loss of earning capacity that will continue into the future.

WHEREFORE, Plaintiffs, David Lopez and Audrey Lopez, demand judgment in their favor and against Defendant, Avis Budget Group, Inc., in an amount in excess of the arbitration limits of this Court, together with delay damages, interest, costs, and such other relief as this Honorable Court deems just and proper.

## COUNT V
## PLAINTIFFS, DAVID LOPEZ AND AUDREY LOPEZ
## V.

## DEFENDANT, AVIS CAR RENT A SYSTEM, LLC

## NEGLIGENCE

79.     Plaintiffs incorporate paragraphs 1 through 78 as though fully set forth at length.

80.     On April 23, 2025, there existed a dangerous and defective condition in the subject 2024 Ford Bronco Sport in the form of a defective, malfunctioning, and/or improperly maintained braking system.

81.     Upon information and belief, Defendant, Avis Car Rent a System, LLC, by and through its agents, servants, employees, contractors, subsidiaries, and affiliated entities, had a duty to inspect, maintain, repair, service, monitor, rent, lease, entrust, supervise, and control the subject vehicle and to ensure that it was safe for its intended use by customers and occupants.

Case ID: 260403483

82.    At the aforesaid time and place, Defendant, Avis Car Rent a System, LLC, by and through its agents, servants, employees, contractors, subsidiaries, and affiliated entities, disregarded said duty and failed to correct, repair, discover, warn of, or otherwise remedy the dangerous and defective condition, thereby rendering the subject vehicle unsafe for operation.

83.    At the aforesaid time and place, Defendant, Avis Car Rent a System, LLC, by and through its agents, servants, employees, contractors, subsidiaries, and affiliated entities breached its duties in one or more of the following respects:

    a.  failing to properly inspect the subject vehicle prior to renting and/or placing it into service;

    b.  failing to properly maintain the subject vehicle in a safe operating condition;

    c.   failing to properly service the braking system of the subject vehicle;

    d.  failing to properly repair known or discoverable defects in the braking system;

    e.  failing to conduct adequate inspections and maintenance necessary to discover the dangerous and defective condition;

    f.  failing to implement and follow appropriate maintenance and inspection procedures;

    g.  failing to maintain adequate maintenance, inspection, and repair records concerning the subject vehicle;

    h.  failing to remove the subject vehicle from service despite the existence of a dangerous and defective condition;

    i.  failing to properly test the braking system prior to renting the vehicle to customers;

Case ID: 260403483

j.   failing to warn renters, drivers, passengers, and occupants of the dangerous and defective condition of the vehicle;

k.   renting and/or entrusting the subject vehicle despite actual or constructive knowledge of the dangerous and defective condition;

l.   failing to establish and enforce reasonable policies and procedures regarding vehicle inspection, maintenance, servicing, repair, and safety;

m.   failing to exercise reasonable care under the circumstances.

84.   The aforesaid negligent acts and omissions were committed by Defendant, Avis Car Rent a System, LLC, and/or its agents, servants, employees, contractors, maintenance personnel, and representatives acting within the course and scope of their employment, agency, or authority.

85.   As a direct result of Defendant, Avis Car Rent a System, LLC's carelessness and negligence, Plaintiffs, David Lopez and Audrey Lopez, suffered severe and permanent injuries.

86.   As a direct result of the carelessness and negligence of Defendant, Avis Car Rent a System, LLC, Plaintiffs, David Lopez and Audrey Lopez have endured physical pain and suffering that will continue into the future.

87.   As a direct result of the carelessness and negligence of Defendant, Avis Car Rent a System, LLC, Plaintiffs, David Lopez and Audrey Lopez have endured mental distress and suffering that will continue into the future.

88.   As a direct result of the carelessness and negligence of Defendant, Avis Car Rent a System, LLC, Plaintiffs, David Lopez and Audrey Lopez have experienced a loss of life's pleasures, embarrassment, frustration, and humiliation that will continue into the future.

89.      As a direct result of the carelessness and negligence of Defendant, Avis Car Rent a System, LLC, Plaintiffs, David Lopez and Audrey Lopez have incurred medical expenses and will continue to incur medical expenses into the future.

90.      As a direct result of the carelessness and negligence of Defendant, Avis Car Rent a System, LLC, Plaintiffs, David Lopez and Audrey Lopez have experienced wage loss and/or loss of earning capacity that will continue into the future.

WHEREFORE, Plaintiffs, David Lopez and Audrey Lopez, demand judgment in their favor and against Defendant, Avis Car Rent a System, LLC, in an amount in excess of the arbitration limits of this Court, together with delay damages, interest, costs, and such other relief as this Honorable Court deems just and proper.

## COUNT VI
## PLAINTIFFS, DAVID LOPEZ AND AUDREY LOPEZ
## V.

## DEFENDANT, BUDGET RENT A CAR

## NEGLIGENCE

91.      Plaintiffs incorporate paragraphs 1 through 90 as though fully set forth at length.

92.      On April 23, 2025, there existed a dangerous and defective condition in the subject 2024 Ford Bronco Sport in the form of a defective, malfunctioning, and/or improperly maintained braking system.

93.      Upon information and belief, Defendant, Budget Rent a Car, by and through its agents, servants, employees, contractors, subsidiaries, and affiliated entities, had a duty to inspect, maintain, repair, service, monitor, rent, lease, entrust, supervise, and control the subject vehicle and to ensure that it was safe for its intended use by customers and occupants.

Case ID: 260403483

94.     At the aforesaid time and place, Defendant, Budget Rent a Car, by and through its agents, servants, employees, contractors, subsidiaries, and affiliated entities, disregarded said duty and failed to correct, repair, discover, warn of, or otherwise remedy the dangerous and defective condition, thereby rendering the subject vehicle unsafe for operation.

95.     At the aforesaid time and place, Defendant, Budget Rent a Car, by and through its agents, servants, employees, contractors, subsidiaries, and affiliated entities breached its duties in one or more of the following respects:

a. failing to properly inspect the subject vehicle prior to renting and/or placing it into service;

b. failing to properly maintain the subject vehicle in a safe operating condition;

c.  failing to properly service the braking system of the subject vehicle;

d. failing to properly repair known or discoverable defects in the braking system;

e. failing to conduct adequate inspections and maintenance necessary to discover the dangerous and defective condition;

f. failing to implement and follow appropriate maintenance and inspection procedures;

g. failing to maintain adequate maintenance, inspection, and repair records concerning the subject vehicle;

h. failing to remove the subject vehicle from service despite the existence of a dangerous and defective condition;

i. failing to properly test the braking system prior to renting the vehicle to customers;

Case ID: 260403483

j.  failing to warn renters, drivers, passengers, and occupants of the dangerous and defective condition of the vehicle;

k.  renting and/or entrusting the subject vehicle despite actual or constructive knowledge of the dangerous and defective condition;

l.  failing to establish and enforce reasonable policies and procedures regarding vehicle inspection, maintenance, servicing, repair, and safety;

m.  failing to exercise reasonable care under the circumstances.

96.  The aforesaid negligent acts and omissions were committed by Defendant, Budget Rent a Car, and/or its agents, servants, employees, contractors, maintenance personnel, and representatives acting within the course and scope of their employment, agency, or authority.

97.  As a direct result of Defendant, Budget Rent a Car's carelessness and negligence, Plaintiffs, David Lopez and Audrey Lopez, suffered severe and permanent injuries.

98.  As a direct result of the carelessness and negligence of Defendant, Budget Rent a Car, Plaintiffs, David Lopez and Audrey Lopez have endured physical pain and suffering that will continue into the future.

99.  As a direct result of the carelessness and negligence of Defendant, Budget Rent a Car, Plaintiffs, David Lopez and Audrey Lopez have endured mental distress and suffering that will continue into the future.

100.  As a direct result of the carelessness and negligence of Defendant, Budget Rent a Car, Plaintiffs, David Lopez and Audrey Lopez have experienced a loss of life's pleasures, embarrassment, frustration, and humiliation that will continue into the future.

Case ID: 260403483

101.    As a direct result of the carelessness and negligence of Defendant, Budget Rent a Car, Plaintiffs, David Lopez and Audrey Lopez have incurred medical expenses and will continue to incur medical expenses into the future.

102.    As a direct result of the carelessness and negligence of Defendant, Budget Rent a Car, Plaintiffs, David Lopez and Audrey Lopez have experienced wage loss and/or loss of earning capacity that will continue into the future.

WHEREFORE, Plaintiffs, David Lopez and Audrey Lopez, demand judgment in their favor and against Defendant, Budget Rent a Car, in an amount in excess of the arbitration limits of this Court, together with delay damages, interest, costs, and such other relief as this Honorable Court deems just and proper. Budget Rent a Car Systems, Inc.

## COUNT VII
## PLAINTIFFS, DAVID LOPEZ AND AUDREY LOPEZ
### V.

### DEFENDANT, BUDGET RENT A CAR SYSTEMS, INC.

### NEGLIGENCE

103.    Plaintiffs incorporate paragraphs 1 through 102 as though fully set forth at length.

104.    On April 23, 2025, there existed a dangerous and defective condition in the subject 2024 Ford Bronco Sport in the form of a defective, malfunctioning, and/or improperly maintained braking system.

105.    Upon information and belief, Defendant, Budget Rent a Car Systems, Inc., by and through its agents, servants, employees, contractors, subsidiaries, and affiliated entities, had a duty to inspect, maintain, repair, service, monitor, rent, lease, entrust, supervise, and control the subject vehicle and to ensure that it was safe for its intended use by customers and occupants.

Case ID: 260403483

106.    At the aforesaid time and place, Defendant, Budget Rent a Car Systems, Inc., by and through its agents, servants, employees, contractors, subsidiaries, and affiliated entities, disregarded said duty and failed to correct, repair, discover, warn of, or otherwise remedy the dangerous and defective condition, thereby rendering the subject vehicle unsafe for operation.

107.    At the aforesaid time and place, Defendant, Budget Rent a Car Systems, Inc., by and through its agents, servants, employees, contractors, subsidiaries, and affiliated entities breached its duties in one or more of the following respects:

a.  failing to properly inspect the subject vehicle prior to renting and/or placing it into service;

b.  failing to properly maintain the subject vehicle in a safe operating condition;

c.   failing to properly service the braking system of the subject vehicle;

d.  failing to properly repair known or discoverable defects in the braking system;

e.  failing to conduct adequate inspections and maintenance necessary to discover the dangerous and defective condition;

f.  failing to implement and follow appropriate maintenance and inspection procedures;

g.  failing to maintain adequate maintenance, inspection, and repair records concerning the subject vehicle;

h.  failing to remove the subject vehicle from service despite the existence of a dangerous and defective condition;

i.  failing to properly test the braking system prior to renting the vehicle to customers;

Case ID: 260403483

j.  failing to warn renters, drivers, passengers, and occupants of the dangerous and defective condition of the vehicle;

k.  renting and/or entrusting the subject vehicle despite actual or constructive knowledge of the dangerous and defective condition;

l.  failing to establish and enforce reasonable policies and procedures regarding vehicle inspection, maintenance, servicing, repair, and safety;

m.  failing to exercise reasonable care under the circumstances.

108.  The aforesaid negligent acts and omissions were committed by Defendant, Budget Rent a Car Systems, Inc., and/or its agents, servants, employees, contractors, maintenance personnel, and representatives acting within the course and scope of their employment, agency, or authority.

109.  As a direct result of Defendant, Budget Rent a Car Systems, Inc.'s carelessness and negligence, Plaintiffs, David Lopez and Audrey Lopez, suffered severe and permanent injuries.

110.  As a direct result of the carelessness and negligence of Defendant, Budget Rent a Car Systems, Inc., Plaintiffs, David Lopez and Audrey Lopez have endured physical pain and suffering that will continue into the future.

111.  As a direct result of the carelessness and negligence of Defendant, Budget Rent a Car Systems, Inc., Plaintiffs, David Lopez and Audrey Lopez have endured mental distress and suffering that will continue into the future.

112.  As a direct result of the carelessness and negligence of Defendant, Budget Rent a Car Systems, Inc., Plaintiffs, David Lopez and Audrey Lopez have experienced a loss of life's pleasures, embarrassment, frustration, and humiliation that will continue into the future.

Case ID: 260403483

113.    As a direct result of the carelessness and negligence of Defendant, Budget Rent a Car Systems, Inc., Plaintiffs, David Lopez and Audrey Lopez have incurred medical expenses and will continue to incur medical expenses into the future.

114.    As a direct result of the carelessness and negligence of Defendant, Budget Rent a Car Systems, Inc., Plaintiffs, David Lopez and Audrey Lopez have experienced wage loss and/or loss of earning capacity that will continue into the future.

WHEREFORE, Plaintiffs, David Lopez and Audrey Lopez, demand judgment in their favor and against Defendant, Budget Rent a Car Systems, Inc., in an amount in excess of the arbitration limits of this Court, together with delay damages, interest, costs, and such other relief as this Honorable Court deems just and proper.

## COUNT VIII
## PLAINTIFFS, DAVID LOPEZ AND AUDREY LOPEZ
### V.
## DEFENDANT, AVIS BUDGET CAR RENTAL, LLC
### NEGLIGENCE

115.    Plaintiffs incorporate paragraphs 1 through 114 as though fully set forth at length.

116.    On April 23, 2025, there existed a dangerous and defective condition in the subject 2024 Ford Bronco Sport in the form of a defective, malfunctioning, and/or improperly maintained braking system.

117.    Upon information and belief, Defendant, Avis Budget Car Rental, LLC, by and through its agents, servants, employees, contractors, subsidiaries, and affiliated entities, had a duty to inspect, maintain, repair, service, monitor, rent, lease, entrust, supervise, and control the subject vehicle and to ensure that it was safe for its intended use by customers and occupants.

Case ID: 260403483

118.    At the aforesaid time and place, Defendant, Avis Budget Car Rental, LLC, by and through its agents, servants, employees, contractors, subsidiaries, and affiliated entities, disregarded said duty and failed to correct, repair, discover, warn of, or otherwise remedy the dangerous and defective condition, thereby rendering the subject vehicle unsafe for operation.

119.    At the aforesaid time and place, Defendant, Avis Budget Car Rental, LLC, by and through its agents, servants, employees, contractors, subsidiaries, and affiliated entities breached its duties in one or more of the following respects:

a.  failing to properly inspect the subject vehicle prior to renting and/or placing it into service;

b.  failing to properly maintain the subject vehicle in a safe operating condition;

c.   failing to properly service the braking system of the subject vehicle;

d.  failing to properly repair known or discoverable defects in the braking system;

e.  failing to conduct adequate inspections and maintenance necessary to discover the dangerous and defective condition;

f.  failing to implement and follow appropriate maintenance and inspection procedures;

g.  failing to maintain adequate maintenance, inspection, and repair records concerning the subject vehicle;

h.  failing to remove the subject vehicle from service despite the existence of a dangerous and defective condition;

i.  failing to properly test the braking system prior to renting the vehicle to customers;

Case ID: 260403483

j.   failing to warn renters, drivers, passengers, and occupants of the dangerous and defective condition of the vehicle;

k.   renting and/or entrusting the subject vehicle despite actual or constructive knowledge of the dangerous and defective condition;

l.   failing to establish and enforce reasonable policies and procedures regarding vehicle inspection, maintenance, servicing, repair, and safety;

m.  failing to exercise reasonable care under the circumstances.

120.   The aforesaid negligent acts and omissions were committed by Defendant, Avis Budget Car Rental, LLC, and/or its agents, servants, employees, contractors, maintenance personnel, and representatives acting within the course and scope of their employment, agency, or authority.

121.   As a direct result of Defendant, Avis Budget Car Rental, LLC's carelessness and negligence, Plaintiffs, David Lopez and Audrey Lopez, suffered severe and permanent injuries.

122.   As a direct result of the carelessness and negligence of Defendant, Avis Budget Car Rental, LLC, Plaintiffs, David Lopez and Audrey Lopez have endured physical pain and suffering that will continue into the future.

123.   As a direct result of the carelessness and negligence of Defendant, Avis Budget Car Rental, LLC, Plaintiffs, David Lopez and Audrey Lopez have endured mental distress and suffering that will continue into the future.

124.   As a direct result of the carelessness and negligence of Defendant, Avis Budget Car Rental, LLC, Plaintiffs, David Lopez and Audrey Lopez have experienced a loss of life's pleasures, embarrassment, frustration, and humiliation that will continue into the future.

Case ID: 260403483

125. As a direct result of the carelessness and negligence of Defendant, Avis Budget Car Rental, LLC, Plaintiffs, David Lopez and Audrey Lopez have incurred medical expenses and will continue to incur medical expenses into the future.

126. As a direct result of the carelessness and negligence of Defendant, Avis Budget Car Rental, LLC, Plaintiffs, David Lopez and Audrey Lopez have experienced wage loss and/or loss of earning capacity that will continue into the future.

WHEREFORE, Plaintiffs, David Lopez and Audrey Lopez, demand judgment in their favor and against Defendant, Avis Budget Car Rental, LLC, in an amount in excess of the arbitration limits of this Court, together with delay damages, interest, costs, and such other relief as this Honorable Court deems just and proper. Avis Budget Holdings, LLC

## COUNT IX
## PLAINTIFFS, DAVID LOPEZ AND AUDREY LOPEZ
## V.
## DEFENDANT, AVIS BUDGET HOLDINGS, LLC
## NEGLIGENCE

127. Plaintiffs incorporate paragraphs 1 through 126 as though fully set forth at length.

128. On April 23, 2025, there existed a dangerous and defective condition in the subject 2024 Ford Bronco Sport in the form of a defective, malfunctioning, and/or improperly maintained braking system.

129. Upon information and belief, Defendant, Avis Budget Holdings, LLC, by and through its agents, servants, employees, contractors, subsidiaries, and affiliated entities, had a duty to inspect, maintain, repair, service, monitor, rent, lease, entrust, supervise, and control the subject vehicle and to ensure that it was safe for its intended use by customers and occupants.

Case ID: 260403483

130.    At the aforesaid time and place, Defendant, Avis Budget Holdings, LLC, by and through its agents, servants, employees, contractors, subsidiaries, and affiliated entities, disregarded said duty and failed to correct, repair, discover, warn of, or otherwise remedy the dangerous and defective condition, thereby rendering the subject vehicle unsafe for operation.

131.    At the aforesaid time and place, Defendant, Avis Budget Holdings, LLC, by and through its agents, servants, employees, contractors, subsidiaries, and affiliated entities breached its duties in one or more of the following respects:

a.  failing to properly inspect the subject vehicle prior to renting and/or placing it into service;

b.  failing to properly maintain the subject vehicle in a safe operating condition;

c.   failing to properly service the braking system of the subject vehicle;

d.  failing to properly repair known or discoverable defects in the braking system;

e.  failing to conduct adequate inspections and maintenance necessary to discover the dangerous and defective condition;

f.  failing to implement and follow appropriate maintenance and inspection procedures;

g.  failing to maintain adequate maintenance, inspection, and repair records concerning the subject vehicle;

h.  failing to remove the subject vehicle from service despite the existence of a dangerous and defective condition;

i.  failing to properly test the braking system prior to renting the vehicle to customers;

Case ID: 260403483

j.  failing to warn renters, drivers, passengers, and occupants of the dangerous and defective condition of the vehicle;

k.  renting and/or entrusting the subject vehicle despite actual or constructive knowledge of the dangerous and defective condition;

l.  failing to establish and enforce reasonable policies and procedures regarding vehicle inspection, maintenance, servicing, repair, and safety;

m.  failing to exercise reasonable care under the circumstances.

132.  The aforesaid negligent acts and omissions were committed by Defendant, Avis Budget Holdings, LLC, and/or its agents, servants, employees, contractors, maintenance personnel, and representatives acting within the course and scope of their employment, agency, or authority.

133.  As a direct result of Defendant, Avis Budget Holdings, LLC's carelessness and negligence, Plaintiffs, David Lopez and Audrey Lopez, suffered severe and permanent injuries.

134.  As a direct result of the carelessness and negligence of Defendant, Avis Budget Holdings, LLC, Plaintiffs, David Lopez and Audrey Lopez have endured physical pain and suffering that will continue into the future.

135.  As a direct result of the carelessness and negligence of Defendant, Avis Budget Holdings, LLC, Plaintiffs, David Lopez and Audrey Lopez have endured mental distress and suffering that will continue into the future.

136.  As a direct result of the carelessness and negligence of Defendant, Avis Budget Holdings, LLC, Plaintiffs, David Lopez and Audrey Lopez have experienced a loss of life's pleasures, embarrassment, frustration, and humiliation that will continue into the future.

137.    As a direct result of the carelessness and negligence of Defendant, Avis Budget Holdings, LLC, Plaintiffs, David Lopez and Audrey Lopez have incurred medical expenses and will continue to incur medical expenses into the future.

138.    As a direct result of the carelessness and negligence of Defendant, Avis Budget Holdings, LLC, Plaintiffs, David Lopez and Audrey Lopez have experienced wage loss and/or loss of earning capacity that will continue into the future.

WHEREFORE, Plaintiffs, David Lopez and Audrey Lopez, demand judgment in their favor and against Defendant, Avis Budget Holdings, LLC, in an amount in excess of the arbitration limits of this Court, together with delay damages, interest, costs, and such other relief as this Honorable Court deems just and proper.

## COUNT X
## PLAINTIFFS, DAVID LOPEZ AND AUDREY LOPEZ
### V.

## DEFENDANT, AVIS RENT A CAR SYSTEM, INC.

### NEGLIGENCE

139.    Plaintiffs incorporate paragraphs 1 through 138 as though fully set forth at length.

140.    On April 23, 2025, there existed a dangerous and defective condition in the subject 2024 Ford Bronco Sport in the form of a defective, malfunctioning, and/or improperly maintained braking system.

141.    Upon information and belief, Defendant, Avis Rent a Car System, Inc., by and through its agents, servants, employees, contractors, subsidiaries, and affiliated entities, had a duty to inspect, maintain, repair, service, monitor, rent, lease, entrust, supervise, and control the subject vehicle and to ensure that it was safe for its intended use by customers and occupants.

Case ID: 260403483

142.    At the aforesaid time and place, Defendant, Avis Rent a Car System, Inc., by and through its agents, servants, employees, contractors, subsidiaries, and affiliated entities, disregarded said duty and failed to correct, repair, discover, warn of, or otherwise remedy the dangerous and defective condition, thereby rendering the subject vehicle unsafe for operation.

143.    At the aforesaid time and place, Defendant, Avis Rent a Car System, Inc., by and through its agents, servants, employees, contractors, subsidiaries, and affiliated entities breached its duties in one or more of the following respects:

a.  failing to properly inspect the subject vehicle prior to renting and/or placing it into service;

b.  failing to properly maintain the subject vehicle in a safe operating condition;

c.   failing to properly service the braking system of the subject vehicle;

d.  failing to properly repair known or discoverable defects in the braking system;

e.  failing to conduct adequate inspections and maintenance necessary to discover the dangerous and defective condition;

f.  failing to implement and follow appropriate maintenance and inspection procedures;

g.  failing to maintain adequate maintenance, inspection, and repair records concerning the subject vehicle;

h.  failing to remove the subject vehicle from service despite the existence of a dangerous and defective condition;

i.  failing to properly test the braking system prior to renting the vehicle to customers;

Case ID: 260403483

j. failing to warn renters, drivers, passengers, and occupants of the dangerous and defective condition of the vehicle;

k. renting and/or entrusting the subject vehicle despite actual or constructive knowledge of the dangerous and defective condition;

l. failing to establish and enforce reasonable policies and procedures regarding vehicle inspection, maintenance, servicing, repair, and safety;

m. failing to exercise reasonable care under the circumstances.

144. The aforesaid negligent acts and omissions were committed by Defendant, Avis Rent a Car System, Inc., and/or its agents, servants, employees, contractors, maintenance personnel, and representatives acting within the course and scope of their employment, agency, or authority.

145. As a direct result of Defendant, Avis Rent a Car System, Inc.'s carelessness and negligence, Plaintiffs, David Lopez and Audrey Lopez, suffered severe and permanent injuries.

146. As a direct result of the carelessness and negligence of Defendant, Avis Rent a Car System, Inc., Plaintiffs, David Lopez and Audrey Lopez have endured physical pain and suffering that will continue into the future.

147. As a direct result of the carelessness and negligence of Defendant, Avis Rent a Car System, Inc., Plaintiffs, David Lopez and Audrey Lopez have endured mental distress and suffering that will continue into the future.

148. As a direct result of the carelessness and negligence of Defendant, Avis Rent a Car System, Inc., Plaintiffs, David Lopez and Audrey Lopez have experienced a loss of life's pleasures, embarrassment, frustration, and humiliation that will continue into the future.

Case ID: 260403483

149.    As a direct result of the carelessness and negligence of Defendant, Avis Rent a Car System, Inc., Plaintiffs, David Lopez and Audrey Lopez have incurred medical expenses and will continue to incur medical expenses into the future.

150.    As a direct result of the carelessness and negligence of Defendant, Avis Rent a Car System, Inc., Plaintiffs, David Lopez and Audrey Lopez have experienced wage loss and/or loss of earning capacity that will continue into the future.

WHEREFORE, Plaintiffs, David Lopez and Audrey Lopez, demand judgment in their favor and against Defendant, Avis Rent a Car System, Inc., in an amount in excess of the arbitration limits of this Court, together with delay damages, interest, costs, and such other relief as this Honorable Court deems just and proper.

## COUNT XI
## PLAINTIFFS, DAVID LOPEZ AND AUDREY LOPEZ
### V.
## DEFENDANT, AVIS CAR RENTAL
## NEGLIGENCE

151.    Plaintiffs incorporate paragraphs 1 through 150 as though fully set forth at length.

152.    On April 23, 2025, there existed a dangerous and defective condition in the subject 2024 Ford Bronco Sport in the form of a defective, malfunctioning, and/or improperly maintained braking system.

153.    Upon information and belief, Defendant, Avis Car Rental, by and through its agents, servants, employees, contractors, subsidiaries, and affiliated entities, had a duty to inspect, maintain, repair, service, monitor, rent, lease, entrust, supervise, and control the subject vehicle and to ensure that it was safe for its intended use by customers and occupants.

Case ID: 260403483

154. At the aforesaid time and place, Defendant, Avis Car Rental, by and through its agents, servants, employees, contractors, subsidiaries, and affiliated entities, disregarded said duty and failed to correct, repair, discover, warn of, or otherwise remedy the dangerous and defective condition, thereby rendering the subject vehicle unsafe for operation.

155. At the aforesaid time and place, Defendant, Avis Car Rental, by and through its agents, servants, employees, contractors, subsidiaries, and affiliated entities breached its duties in one or more of the following respects:

    a. failing to properly inspect the subject vehicle prior to renting and/or placing it into service;

    b. failing to properly maintain the subject vehicle in a safe operating condition;

    c. failing to properly service the braking system of the subject vehicle;

    d. failing to properly repair known or discoverable defects in the braking system;

    e. failing to conduct adequate inspections and maintenance necessary to discover the dangerous and defective condition;

    f. failing to implement and follow appropriate maintenance and inspection procedures;

    g. failing to maintain adequate maintenance, inspection, and repair records concerning the subject vehicle;

    h. failing to remove the subject vehicle from service despite the existence of a dangerous and defective condition;

    i. failing to properly test the braking system prior to renting the vehicle to customers;

Case ID: 260403483

j.   failing to warn renters, drivers, passengers, and occupants of the dangerous and defective condition of the vehicle;

k.   renting and/or entrusting the subject vehicle despite actual or constructive knowledge of the dangerous and defective condition;

l.   failing to establish and enforce reasonable policies and procedures regarding vehicle inspection, maintenance, servicing, repair, and safety;

m.  failing to exercise reasonable care under the circumstances.

156.    The aforesaid negligent acts and omissions were committed by Defendant, Avis Car Rental, and/or its agents, servants, employees, contractors, maintenance personnel, and representatives acting within the course and scope of their employment, agency, or authority.

157.    As a direct result of Defendant, Avis Car Rental's carelessness and negligence, Plaintiffs, David Lopez and Audrey Lopez, suffered severe and permanent injuries.

158.    As a direct result of the carelessness and negligence of Defendant, Avis Car Rental, Plaintiffs, David Lopez and Audrey Lopez have endured physical pain and suffering that will continue into the future.

159.    As a direct result of the carelessness and negligence of Defendant, Avis Car Rental, Plaintiffs, David Lopez and Audrey Lopez have endured mental distress and suffering that will continue into the future.

160.    As a direct result of the carelessness and negligence of Defendant, Avis Car Rental, Plaintiffs, David Lopez and Audrey Lopez have experienced a loss of life's pleasures, embarrassment, frustration, and humiliation that will continue into the future.

Case ID: 260403483

161.    As a direct result of the carelessness and negligence of Defendant, Avis Car Rental, Plaintiffs, David Lopez and Audrey Lopez have incurred medical expenses and will continue to incur medical expenses into the future.

162.    As a direct result of the carelessness and negligence of Defendant, Avis Car Rental, Plaintiffs, David Lopez and Audrey Lopez have experienced wage loss and/or loss of earning capacity that will continue into the future.

WHEREFORE, Plaintiffs, David Lopez and Audrey Lopez, demand judgment in their favor and against Defendant, Avis Car Rental, in an amount in excess of the arbitration limits of this Court, together with delay damages, interest, costs, and such other relief as this Honorable Court deems just and proper.

Respectfully Submitted,

FANELLI, EVANS & PATEL, P.C.

By:___/s/ James J. Amato____
    JAMES J. AMATO, ESQUIRE
    I.D. No. 203523
    No. 1 Mahantongo St.
    Pottsville, PA 17901
Date:_07/08/2026___                (570) 622-2455
                                   jamato@feplawyers.com
                                   *Counsel for Plaintiffs*

Case ID: 260403483

**VERIFICATION**

I, David Lopez, certify that the statements made in the foregoing Interrogatories which are within my personal knowledge, are true and correct and those which are based on information I have received from others I believe to be true and correct. I understand that if I make any false statements in the foregoing Interrogatories, I am subject to the penalties relating to unsworn falsification to the authorities as set forth in the Crimes Code, 18 Pa.C.S. §4904.

DocuSigned by:

*DAVID LOPEZ*

C9B683461C2C459...

DAVID LOPEZ

Case ID: 260403483

## **VERIFICATION**

I, Audrey Lopez, certify that the statements made in the foregoing Interrogatories which are within my personal knowledge, are true and correct and those which are based on information I have received from others I believe to be true and correct. I understand that if I make any false statements in the foregoing Interrogatories, I am subject to the penalties relating to unsworn falsification to the authorities as set forth in the Crimes Code, 18 Pa.C.S. §4904.

Signed by:

765F587AA632497...

AUDREY LOPEZ

## CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

FANELLI, EVANS, & PATEL, P.C.

By: /s/ James J. Amato
    JAMES J. AMATO, Esquire
    *Attorney for Plaintiffs*

Case ID: 260403483

**IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, PENNSYLVANIA**
**CIVIL ACTION – LAW**

|  |  |  |
|---|---|---|
| | : | |
| DAVID LOPEZ AND | : | DOCKET NO.: 260403483 |
| AUDREY LOPEZ, H/W | : | |
| | : | |
| PLAINTIFFS | : | |
| | : | |
| vs. | : | |
| | : | |
| AVIS-BUDGET GROUP, et al. | : | JURY TRIAL DEMANDED |
| | : | |
| DEFENDANTS | : | |

**CERTIFICATE OF SERVICE**

I, James J. Amato, Esquire, hereby certify that on the date noted below, a true and correct copy of the foregoing ***Plaintiffs' Complaint*** was served upon the following party via efiling only:

<u>**VIA EFILING ONLY:**</u>
**Justin A. Bayer, Esq.**
Kane, Pugh, Troy & Kramer, LLP
4 Sentry Parkway East, Suite 100
Blue Bell, PA 19422
jbayer@kanepugh.com
*Counsel for Defendants*

By: /s/ James J. Amato
JAMES J. AMATO, ESQUIRE
*Attorney for Plaintiffs*

DATED:    July 8, 2026